# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0747

VERSUS

CALVIN BERNARD JEFFERSON                     **SEPTEMBER 25, 2023**

---

In Re:    Calvin Bernard Jefferson, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 521289.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** No appeal lies from a judgment denying an application for postconviction relief. See La. Code Crim. P. art. 930.6(A). If relator elects to seek review of the denial of his application for postconviction relief, he may do so by invoking the supervisory jurisdiction of the court of appeal without the necessity of obtaining a return date. Should relator wish to file an application with this court, he must include with the application a copy of the application for postconviction relief, the state's answer (if any), the district court's ruling, the bill of information, the uniform commitment order, pertinent district court minutes, and any other portion of the district court record that might support any claims raised in the writ application.

                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT